**DISMISS and Opinion Filed October 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00437-CV

**FRANCES COLE, Appellant**
**V.**
**CAPRICE M. INC., Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CI19-0009**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

By postcard dated September 10, 2019, we informed appellant her brief was overdue and directed her to file, within ten days, both the brief and an extension motion that complied with Texas Rule of Appellate Procedure 10.5(b). *See* TEX. R. APP. P. 10.5(b). Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice, appellant has not complied. *See id.* 38.8(a)(1), 42.3(b),(c). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190437F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

FRANCES COLE, Appellant

No. 05-19-00437-CV     V.

CAPRICE M. INC., Appellee

On Appeal from the County Court at Law, Rockwall County, Texas
Trial Court Cause No. CI19-0009.
Opinion delivered by Chief Justice Burns, Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered October 3, 2019.